UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LAVALL T. LEE,

    Plaintiff,

v.                           Case No. 19-C-614

ARMOR CORRECTIONAL HEALTH
SERVICES, et al.,

    Defendants.

## ORDER

Plaintiff Lavall Lee, proceeding *pro se*, filed suit against Defendants under 42 U.S.C. § 1983, alleging violations of his constitutional rights. This matter is before the court on Plaintiff's motion to compel counsel to appear for Brittany Ward and Brittany Wysocki. Dkt. No. 130. In an order dated November 17, 2020, the court denied Plaintiff's attempt to add Brittany Ward as a defendant because Plaintiff offered no factual support for his motion. Dkt. No. 122. That has not changed, and Plaintiff cannot in this roundabout way add Brittany Ward as a defendant in this case. Defendant Brittany Wysocki was served with the complaint, and counsel has entered an appearance on her behalf. Therefore, Plaintiff's motion to compel counsel to appear for Brittany Ward and Brittany Wysocki (Dkt. No. 130) is **DENIED** as moot.

**SO ORDERED** at Green Bay, Wisconsin this 4th day of December, 2020.

                                               s/ William C. Griesbach
                                               William C. Griesbach
                                               United States District Judge