# United States District Court

EASTERN DISTRICT OF WISCONSIN

LAVALL T. LEE,

       Plaintiff,

      v.

ARMOR CORRECTIONAL HEALTH SERVICES,
BRITTANY WYSOCKI, and
MILWAUKEE COUNTY,,

       Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 19-C-614

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.**  This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and this case is DISMISSED.

Approved:  s/ William C. Griesbach
            WILLIAM C. GRIESBACH
            United States District Judge

Dated:  August 31, 2021

GINA M. COLLETTI
Clerk of Court

s/ Mary Fisher
(By) Deputy Clerk